IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.                                  CRIMINAL NO. 1:22-CR-21
                                         (KLEEH)

RANDALL RICHARD STEBBINS,

       Defendant.

---

RANDALL RICHARD STEBBINS,

       Petitioner,

  v.                                  CIVIL NO. 1:24-CV-34
                                         (KLEEH)

UNITED STATES OF AMERICA,

       Respondent.

---

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING AND
DISMISSING PETITION UNDER 28 U.S.C. § 2255**

On April 1, 2024, the pro se petitioner, Randall Richard Stebbins ("Petitioner") filed a pro se motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. See ECF No. 58 in 1:22-CR-21 and ECF No. 1 in 1:24-CV-34. On September 11, 2024, the Magistrate Judge entered a Report and Recommendation ("R&R"), recommending that the Court deny and dismiss the petition with prejudice. See ECF No. 76 in 1:22-CR-21 and ECF No. 3 in 1:24-CV-34.

The R&R informed Petitioner that he had fourteen (14) days

RANDALL RICHARD STEBBINS                    1:22-CR-21, 1:24-CV-34

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING AND
DISMISSING PETITION UNDER 28 U.S.C. § 2255

from the date of service of the R&R to file "specific written objections, identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection."  It further warned him that the "[f]ailure to file written objections . . . shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals."  Plaintiff accepted service of the R&R on September 17, 2024.  To date, no objections have been filed.

When reviewing a magistrate judge's R&R, the Court must review de novo only the portions to which an objection has been timely made.  28 U.S.C. § 636(b)(1)(C).  Otherwise, "the Court may adopt, without explanation, any of the magistrate judge's recommendations" to which there are no objections.  Dellarcirprete v. Gutierrez, 479 F. Supp. 2d 600, 603–04 (N.D.W. Va. 2007) (citing Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983)).  Courts will uphold portions of a recommendation to which no objection has been made unless they are clearly erroneous.  See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005).

Because no party has objected, the Court is under no obligation to conduct a de novo review.  Accordingly, the Court reviewed the R&R for clear error.  Upon careful review, and finding no clear error, the Court **ADOPTS** the R&R [ECF No. 76 in 1:22-CR-21 and ECF No. 3 in 1:24-CV-34] and further **ORDERS** as follows:

RANDALL RICHARD STEBBINS                    1:22-CR-21, 1:24-CV-34

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING AND
DISMISSING PETITION UNDER 28 U.S.C. § 2255**

- Petitioner's Motion Under 28 U.S.C. § 2255 to
  Vacate, Set Aside, or Correct Sentence by a
  Person in Federal Custody is **DENIED** and
  **DISMISSED** with prejudice [ECF No. 58 in 1:22-
  CR-21 and ECF No. 1 in 1:24-CV-34];

- Case No. 1:24-CV-34 is **DISMISSED WITH
  PREJUDICE** and **STRICKEN** from the Court's active
  docket; and

- The Clerk **SHALL** enter a separate judgment
  order in favor of the United States in 1:24-
  CV-34.

Pursuant to Rule 11(a) of the Rules Governing § 2255
Proceedings, the district court "must issue or deny a certificate
of appealability when it enters a final order adverse to the
applicant." "If the Court denies a certificate, a party may not
appeal the denial but may seek a certificate from the court of
appeals under Federal Rule of Appellate Procedure 22." Id. The
Court finds it inappropriate to issue a certificate of
appealability in this matter because Petitioner has not made a
"substantial showing of the denial of a constitutional right."
See 28 U.S.C. § 2253(c)(2). The Court, therefore, **DENIES** issuing
a certificate of appealability.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to
counsel of record via email and to Petitioner via certified mail,
return receipt requested.

**RANDALL RICHARD STEBBINS**                    **1:22-CR-21, 1:24-CV-34**

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING AND
DISMISSING PETITION UNDER 28 U.S.C. § 2255**

DATED: October 7, 2024

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA